AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 1 4 2020

David J. Bradley, Clerk

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Alexander MILIAN<br>YOB: 1994<br>COB: USA | ) ) ) ) ) ) | Case No. | M-20-2155-M |
| *Defendant(s)* | | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 13, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | It shall be unlawful for any person to knowingly or intentionally possess with intent to distribute or dispense, a controlled substance— Methamphetamine (schedule II). |
| 21 USC § 952 | And knowingly and intentionally illegally import into the United States approximately 2.15 kilograms of methamphetamine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complaint approved by AUSA S. DiPiazza*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

/S/ Eddie A. Ramirez
*Complainant's signature*

Eddie A. Ramirez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __October 14, 2020   10:24 a.m.__

*[signature] Pete E Ormsby*
*Judge's signature*

City and state: __McAllen, Texas__

U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

## **"ATTACHMENT A"**

I am a Special Agent (SA) of the United States, Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On October 13, 2020, Alexander MILIAN entered the United States through the Hidalgo, Texas Port of Entry operating a Jeep Sport Utility Vehicle (SUV).

2. At the Hidalgo Port of Entry, MILIAN gave negative declarations for narcotics, weapons, ammunition and monetary instruments in excess of $10,000 to Customs and Border Protection (CBP) officers.

3. MILIAN was travelling from Reynosa, Tamaulipas Mexico back to his hotel in McAllen, Texas.

4. MILIAN and the SUV were referred for a secondary inspection. During the secondary inspection, a CBP narcotics detection dog alerted to the presence of narcotics in the front of the vehicle.

5. CBP officers searched the front of the vehicle and discovered nine (9) packages concealed inside a cavity within the battery of the SUV.

6. The packages field tested positive for the properties of methamphetamine a controlled substance. The packaged methamphetamine's weight totaled 2.15 kilograms.

7. Homeland Security Investigation (HSI) Special Agents, advised MILIAN of his Miranda warnings in the English language, he stated he understood and waived in writing.

8. Post Miranda, MILIAN stated he was aware there was a controlled substance concealed within the vehicle, but he did not know the amount or type of controlled substance. He was awaiting a phone call for further instructions, but believed he was to drive the vehicle to New York.

9. MILIAN is generally paid between $5,000 to $15,000 U.S. Dollars for each trip completed.